# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DIANA CRUZ,

                    Plaintiff,                    19 **CIVIL** 7474 (LGS)

      -v-                                    **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2022, the Report is ADOPTED in its entirety as the opinion of the Court. Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's motion for judgment on the pleadings is DENIED, and this case is remanded for calculation of benefits.

**Dated:**  New York, New York
         June 3, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                      **BY:**    *K. Mango*
                                                                         **Deputy Clerk**